**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
OFFICE OF THE CLERK**

Dear Sir or Madam,

The Court has filed your complaint or petition and has assigned the Case Number stated in the example document included with this letter.  Any time you send a letter or motion to the Court, you **must** include this case number and a caption for your case.

Because you filed your case without an attorney, this letter will give you some basic, practical information about handling your case.  However, the Federal Rules of Civil Procedure, the Court's Local Rules, and Court Orders control over anything written here.  These rules are available at http://www.kyed.uscourts.gov/.

A. <u>The Clerk's Office cannot give you legal advice</u>.  We cannot:

    (1) recommend a course of action
    (2) interpret rules
    (3) predict when a judge will rule on your case
    (4) predict if you will win or lose a motion or your claim, or
    (5) explain what a Court Order means.

The Clerk's Office can only answer general questions about how to file documents with the Court and Court procedures.

B. Every document you file in the case **must**:

    (1) include the case number and caption
    (2) state the type of document (*i.e.*, "COMPLAINT" or "MOTION")
    (3) be signed and dated
    (4) if you are a prisoner, include your inmate number
    (5) state your mailing address,
    (6) if you are not a prisoner, also state your residential address and phone number, and
    (7) include a certificate of service.

The Court has created an example that you can use which is included with this letter.

C. In any complaint, motion, or exhibit you file, do **NOT** include or display:

    (1) your Social Security number or taxpayer identification number,
    (2) your birth date,
    (3) the name of any minor child, or
    (4) financial account numbers.

F.R.Civ.P. 5.2 provides more details and is included with this letter.  If you include this kind of personal information in your documents, it will be available to the public through the internet at the Court's website.

D.   Documents must be typed or using clear **readable** handwriting in black ink.  Documents must not be stapled or bound.

E.   Documents that you wish to file in your case must be either hand-delivered to our office or mailed to the address below:
> United States District Court
> 35 West Fifth Street
> Covington, KY  41011

Do **NOT** send letters directly to the judge.  Any envelope addressed to a judge's chambers will be redirected to the Clerk's Office.  Our office hours are 8:30 a.m. to 5:00 p.m., Monday through Friday.

F.   For every document that you (a) send to the Court, (b) receive from another party, or (c) receive from the Court, keep a copy for your own records.

The Court charges 50¢ per page to makes copies for you.  If you want to receive a file-stamped copy of your own motion for your records, send a second copy along with the original and include a return envelope with sufficient postage prepaid.

G.   After your complaint is filed, the Court may advise you that it must review or "screen" your case before it can proceed further.  Be patient, this may take several months.

H.   Once the defendant has filed a response in your case, you **must** mail a copy of any document you file with the Court to every defendant or their attorney in the case.

Each document you file must also include a "certificate of service" stating that you mailed the copy and the date you did so.  An example is included with this letter.

I.   If your mailing address or telephone number changes, you must **immediately** file a written Notice of Change of Address form.  If you don't, the Court might rule against you on a motion or dismiss your case because it cannot contact you.

J.   The Clerk's Office may assist you with procedural matters, but if you seek legal relief, you must file a formal motion with the Court.

# FEDERAL RULES OF CIVIL PROCEDURE

**Rule 5.2. Privacy Protection For Filings Made with the Court**

(a) **Redacted Filings**. Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
    (1) the last four digits of the social-security number and taxpayer-identification number;
    (2) the year of the individual's birth;
    (3) the minor's initials; and
    (4) the last four digits of the financial-account number.

(b) **Exemptions from the Redaction Requirement**. The redaction requirement does not apply to the following:
    (1) a financial-account number that identifies the property allegedly subject to forfeiture in a forfeiture proceeding;
    (2) the record of an administrative or agency proceeding;
    (3) the official record of a state-court proceeding;
    (4) the record of a court or tribunal, if that record was not subject to the redaction requirement when originally filed;
    (5) a filing covered by Rule 5.2(c) or (d); and
    (6) a pro se filing in an action brought under 28 U.S.C. §§ 2241, 2254, or 2255.

(c) **Limitations on remote Access to Electronic Files**; **Social Security Appeals and Immigration Cases**. Unless the court orders otherwise, in an action for benefits under the Social Security Act, and in an action or proceeding relating to an order of removal, to relief from removal, or to immigration benefits or detention, access to an electronic file is authorized as follows:
    (1) the parties and their attorneys may have remote electronic access to any part of the case file, including the administrative record;
    (2) any other person may have electronic access to the full record at the courthouse, but may have remote electronic access only to:
        (A) the docket maintained by the court; and
        (B) an opinion, order, judgment, or other disposition of the court, but not any other part of the case file or the administrative record.

(d) Filings Made Under Seal. The court may order that a filing be made under seal without redaction. The court may later unseal the filing or order the person who made the filing to file a redacted version for the public record.

(e) **Protective Orders**. For good cause, the court may by order in a case:
    (1) require redaction of additional information; or
    (2) limit or prohibit a nonparty's remote electronic access to a document filed with the court.

(f) **Option for Additional Unredacted Filing Under Seal**. A person making a redacted filing may also file an unredacted copy under seal. The court must retain the unredacted copy as part of the record.

(g) **Option for Filing a Reference List**. A filing that contains redacted information may be filed together with a reference list that identifies each item of redacted information and specifies an appropriate identifier that uniquely corresponds to each item listed. The list must be filed under seal and may be amended as of right. Any reference in the case to a listed identifier will be construed to refer to the corresponding item of information.

(h) **Waiver of Protection of Identifiers**. A person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal.