# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
Northern Division at Covington

Maria McLean

    Plaintiff / Petitioner,

V.

Thomas More University

    Defendant(s) / Respondent.

**CASE NO.** 2 : 19 - CV - 172-DLB-CJS

**MOTION FOR** _____

[Explain here what you want the Court to do. State the facts - what happened, who was involved, when and where did this occur. Provide relevant law if you know it.]

Signature: _____ Date: _____
Name (print):
Address:
City/State/Zip
Phone No.
Inmate No.:

## CERTIFICATE OF SERVICE

I, [your name], certify that on [date] I sent a complete and accurate copy of this [name of document] by United States mail to every other party or their attorneys listed below:

[list names and addresses of every defendant or their attorney]

Signature: _____ Date: _____

SAMPLE