UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 19-172-DLB-CJS

MARIA MCLEAN                                                                                       PLAINTIFF

v.                                                    ORDER

THOMAS MORE UNIVERSITY                                                                 DEFENDANT

\* \* \*   \* \* \*   \* \* \*   \* \* \*

The above-captioned case has been referred to the undersigned for oversight of discovery and pretrial proceedings generally. The parties have indicated this case is suitable for alternative dispute resolution, and a court-facilitated settlement conference was originally scheduled for February 2, 2022. (*See* R. 66). That conference was canceled by Order of the Court shortly before it was to occur, and the parties have since discussed and provided available dates for the conference to be rescheduled. (*See* R. 67). Accordingly, the Court being sufficiently advised,

**IT IS ORDERED** as follows:

1)       A court-facilitated settlement conference shall be conducted in this case on **Thursday, February 17, 2022, starting at 9:30 a.m. EST**, at the U.S. Courthouse, 35 West Fifth Street, Room 375, in Covington, Kentucky.

2)       The parties and their counsel, as well as an individual with full settlement authority if that is not the actual party or corporate party representative,[1] shall attend and participate in the

---

[1] Full settlement authority means the individual must be fully authorized to negotiate and approve a settlement in this matter. The parties' attention in this regard is directed to *Lockhart v. Patel*, 115 F.R.D. 44 (E.D. Ky. 1987).

settlement conference unless otherwise excused by the Court. Plaintiff and her counsel and defense counsel and Defendant's corporate party representative and adjuster shall appear in person.

    3)    Counsel for each side shall provide to the undersigned's Chambers (by email to smith_chambers@kyed.uscourts.gov) by **close of business** on **February 14, 2022,** a confidential <u>supplement</u> to the statement previously provided to the Court identifying and confirming who will be attending the settlement conference on behalf of the party if any attendees have changed since the party's initial position statement and specifying the party's settlement position. If it has not already been provided, the supplements <u>must</u> include the party's:

- confidential evaluation of the case, including an overview of liability and damages and the **strengths** and **weaknesses** relating thereto;

- **assessment of the fair and reasonable monetary value of the case** <u>**for settlement purposes**</u>; and

- summary of any prior settlement negotiations between the parties.

This supplement setting forth a party's settlement position <u>shall not</u> be filed with the Clerk of Court or provided to any other party; it is intended solely for the undersigned's use before and during the settlement conference.

    Signed this 7th day of February, 2022.



Signed By:
<u>Candace J. Smith</u>
United States Magistrate Judge

J:\DATA\Orders\civil cov\2019\19-172-DLB order settg ADR 2.docx