UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at COVINGTON

CIVIL ACTION NO. 19-172-DLB-CJS

MARIA MCLEAN                                                                                      PLAINTIFF

**ADR COMPLIANCE REPORT**
v.                                     **and ORDER**

THOMAS MORE UNIVERSITY                                 DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\*

The Court's Scheduling Order entered April 22, 2020, referred this case to the undersigned for supervision of discovery and pretrial proceedings generally (*see* R. 21), which general referral includes efforts directed to dispute resolution. To this end, the parties expressed a willingness to participate in alternative dispute resolution. A mutually agreeable date was identified and a court-facilitated settlement conference was held in this case on February 17, 2022. All required parties, counsel, and representatives attended and participated in good faith in the conference.

A confidential settlement of all claims between Plaintiff and Defendant was achieved at this settlement conference, and an Agreement and Mutual Release was signed by the parties at the conclusion of the settlement conference.

Accordingly, **IT IS ORDERED** that by **March 25, 2022,** the parties shall file a proposed agreed order of dismissal for District Judge Bunning's consideration or a Civil Rule 41-compliant stipulation of dismissal.

Signed this 18th day of February, 2022.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

TIC: 9.0 hrs.

J:\DATA\Orders\civil cov\2019\19-172-DLB ADR rept & order.docx